IN THE UNITED STATES DISTRICT COURT
Western District of Oklahoma

| | |
|---|---|
| B.S.P., a Minor, by his ~~bestney~~ <br> Friend and Mother, Pam P. <br><br> Plaintiff, <br><br> v. <br><br> (1) Chisholm Public School District <br> (2) Starla Halcomb, Individually <br>     and in Official Capacity; <br> (3) Jaymie Morley, Individually <br>     and in Official Capacity; <br> (4) Gloria Cumpston, Individually <br>     and in Official Capacity; <br><br> Defendants. | Case No. CIV-04-552-T |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 30th day of August, 2005, this matter comes on for hearing. The court, having previously approved the settlement agreement between the parties in this case and having reviewed a motion to dismiss with prejudice, finds as follows:

The plaintiffs, P. Powell, individually, and as parent and next friend of BSP, a minor, and the defendants, Chisholm Public School District, Starla Halcomb, Jaymie Morley, and Gloria Cumpston have entered into a settlement agreement which is reasonable, proper and has been approved by this court. Furthermore, the settlement agreement has been fully satisfied and is binding upon each of the parties to this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action is dismissed **with prejudice** as to re-filing pursuant to the terms of the settlement agreement, and that the plaintiffs, Pam P., individually, and as parent and next friend of BSP, a minor, and any other person acting on his behalf, shall be forever barred from pursuing this matter further

against the defendants Chisholm Public School District, Starla Halcomb, Jaymie Morley, and Gloria Cumpston.

Done this 30th day of August, 2005.

_____
Honorable Ralph G. Thompson

Approved as to Form and Content:

_____
Pam P., mother of BSP, a minor

_____
Loren Gibson, OBA #14348
GIBSON & ASSOCIATES, P.L.C.
301 NW 63rd, Suite 530
Oklahoma City, OK 73116
(405) 843-0900
(405) 843-0921 fax
Attorney for Plaintiffs, Pam P, individually &
as mother and next friend of BSP, a minor


_____
Karen L. Long, OBA #5510
Andrea R. Kunkel, OBA #11896
ROSENSTEIN, FIST & RINGOLD
525 S. Main, Suite 700
Tulsa, OK 74103
(918) 585-9211
(918) 583-5617 fax

Attorneys for Defendants
Chisholm School District
Starla Halcomb
Jaymie Morley
Gloria Cumpston